1  JORDAN S. ALTURA  (SBN: 209431)
   jaltura@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   CIGNA HEALTH AND LIFE INSURANCE COMPANY
6

7  JOHN W. TOWER, ESQ. #106425
   LAW OFFICE OF JOHN W. TOWER
8  2211 Encinitas Blvd., 2nd Floor
   Encinitas, CA  92024
9  (760) 436-5589 / Fax (760) 479-0570

10 Attorneys for Plaintiff
   SUMMIT ESTATE, INC.
11

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

| SUMMIT ESTATE, INC., a California corporation, | ) ) ) | Case No. 5:20-cv-04697-EJD |
|---|---|---|
| Plaintiff, | ) ) ) | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1(a))** |
| vs. | ) ) | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

TO THE HONORABLE COURT:

Plaintiff Summit Estate, Inc. ("Plaintiff") and Defendant Cigna Health and Life Insurance Company ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate to the following:

WHEREAS Plaintiff filed his Complaint on July 14, 2020, and served it on Defendant on August 7, 2020;

WHEREAS Defendant's original deadline to respond to the Complaint was August 28, 2020;

1  WHEREAS Plaintiff and Defendant have previously stipulated to extend the date for
2  Defendant to respond to the Complaint to September 28, 2020;

3  WHEREAS Plaintiff and Defendant have agreed that before Cigna responds to the
4  complaint, the parties should await the Court's ruling on Cigna's Motion to Consolidate, set for
5  hearing on November 19, 2020 in *Pacific Recovery Solutions d/b/a/ Westwind Recovery ,et al. v.*
6  *Cigna Behavioral Health, Inc., et al.*, Case No.5:20-cv-02251-EJS (Dkt. 63).

7  WHEREAS Defendant shall have an additional sixty (60) days, through November 27,
8  2020, to file its response to the Complaint.

9  WHEREAS Plaintiff and Defendant do not anticipate that this extension of time will alter
10 the date of any event or deadline already fixed by Court Order;

11 IT IS THEREFORE STIPULATED and agreed, by and between Plaintiff and Defendant
12 through their respective counsel of record, that Defendant shall have until and through
13 November 27, 2020, to file its response to Plaintiff's Complaint.

14 IT IS SO STIPULATED.

15 Dated: September 10, 2020          LAW OFFICE OF JOHN W. TOWER

16                                    By  /s/ John W. Tower
                                           John W. Tower
17                                    Attorneys for Plaintiff
                                      SUMMIT ESTATE, INC.
18

19 Dated:  September 10, 2020         GORDON REES SCULLY MANSUKHANI, LLP

20                                    By  /s/ Jordan S. Altura
                                           Jordan S. Altura
21                                    Attorneys for Defendant
                                      CIGNA HEALTH AND LIFE INSURANCE
22                                    COMPANY

23
                        **ATTESTATION OF E-FILED SIGNATURE**
24
25  I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this
    Stipulation to Extend Time to Respond to Complaint.  In compliance with Local Rule 5-1(i), I
    hereby attest that John W. Tower, counsel for Plaintiff Summit Estate, Inc., has concurred in this
26  filing.

27 Dated: September 10, 2020          By  /s/ Jordan S. Altura
                                           Jordan S. Altura
28

-2-                                     Case No. 5:20-cv-04697-EJD
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT